IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MOSES I. LEWIS, JR.                                                                     PLAINTIFF

V.                                                       CIVIL ACTION NO. 3:16CV55-SA-RP

LASHUNDA HARRISON, ALICE STAPLETON,
BLONDIE ADAMS, &
DELTA PARTNER'S MANOR                                       DEFENDANTS

## ORDER

Pursuant to a memorandum opinion issued this day, the Defendants' Motion to Dismiss [16] is GRANTED. Plaintiff's claims under 18 U.S.C. § 241 and 18 U.S.C. § 2314 are dismissed with prejudice. Plaintiff's negligence claims and claims regarding Section 1985(3) are dismissed without prejudice, and Plaintiff is granted leave to amend his complaint within twenty-one days. Failure to file an Amended Complaint within 21 days may result in dismissal of this case.

Plaintiff's Motion to Deny Defendant's Motion to Dismiss [19] has been construed as Plaintiff's Response to the Motion to Dismiss in accordance with Local Uniform Civil Rule 7(b)(3). Plaintiff has also filed two separate Motions to Expedite the Court's Ruling on the Defendant's Motion to Dismiss [23] and [24]. The Court finds these Motions now moot, and they shall be DENIED.

SO ORDERED this 10th day of January, 2017.

                                                                      /s/ Sharion Aycock
                                                                    UNITED STATES DISTRICT JUDGE